# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>GPMI, CO., an Arizona corporation,<br><br>EIN 86-0635770<br><br>Debtor. | Chapter 11<br><br>Case No. 2:22-bk-00150-EPB<br><br>Adv. Case No. 2:22-ap-00246-EPB |
| GPMI, CO., an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>IOU CENTRAL INC., a Georgia corporation,<br><br>Defendant. | **ORDER GRANTING STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE** |

THE COURT, having considered the *Stipulation to Dismiss Complaint with Prejudice* ("Stipulation") filed by Plaintiff, GPMI Litigation Trust and Defendant, IOU Central Inc., and for good cause, HEREBY ORDERS:

1. The Stipulation is approved.
2. The Complaint in this matter is hereby dismissed, with prejudice, with each Party to bear its own attorneys' fees and costs.

**DATED AND SIGNED ABOVE.**